UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMIT SHARMA,

Petitioner,

v.

MINGA WOFFORD,

Respondent.

No. 1:25-cv-01793-DAD-SCR

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. No. 17)

Petitioner Amit Sharma is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 9, 2026, the undersigned granted petitioner's motion for a temporary restraining order requiring his immediate release from immigration custody. (Doc. No. 13.) That same order referred this case to a United States Magistrate Judge for further proceedings pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (*Id.*)

On July 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that the pending petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 17.) Specifically, the magistrate judge found that due process required petitioner be provided with a pre-detention hearing prior to any re-detention. (*Id.* at 2.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto

were to be filed within seven (7) days after service. (*Id.*) To date, no objections have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons explained above,

1. The findings and recommendations issued on July 20, 2026 (Doc. No. 17) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge where respondent will have the burden to demonstrate a change in circumstances justifying petitioners re-detention; and
3. The Clerk of the Court is directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE